# Michael Wiseman
## Attorney At Law

Office Address
239 South Camac Street
Philadelphia, Pennsylvania 19107

Mailing Address
Post Office Box 120
Swarthmore, Pennsylvania 19081

E-Mail
Wiseman_Law@Comcast.Net
~
Phone
215-450-0903
~
Web
www.MichaelWisemanLaw.Net

May 31, 2012

Honorable John E. Jones, III
United States District Court
Middle District of Pennsylvania
**By ECF Filing**

Re:  *Johnson v. Mechling*, 4:04-cv-1564

Your Honor:

     We have Mr. Stoycos' letter of May 31, 2012, which accurately reflects the developments in the United States Supreme Court. We would appreciate being heard on the next steps in this matter. Given the unique circumstances that confront us, we believe it would be best if the Court would convene a telephone conference at its earliest opportunity. I have a previously scheduled hearing today at 1:30 that will likely last until about 4:00, but am otherwise available today or tomorrow. Ms. Donnella is available anytime today or tomorrow.

Respectfully,

/s/ Michael Wiseman

Michael Wiseman

cc:  Will Stoycos
     By ECF Filing